## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN W. DANZER,** | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No.:** |
| v. | ) **2:16-cv-01990-JEO** |
| | ) |
| **CACH, LLC,** | ) |
| **Defendant.** | ) |

### SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that on March 19, 2017 (the "**Petition Date**"), CACH, LLC, the Defendant ("Defendant") in the above-captioned case filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 17-10663, and jointly administered under *In re Square Two Financial Services Corporation, et al.*, Case No. 17-10659.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative or other action or proceeding against Defendant that was or could have been commenced before the Petition Date, including this action, should be stayed as of the Petition Date.

Dated:  March 21, 2017

Respectfully submitted,

/s/ Neal D. Moore, III            `
Neal D. Moore, III
Tina Lam
*Attorneys for Defendant, CACH, LLC*

{W0512241.1 }

**OF COUNSEL:**

FERGUSON, FROST, MOORE & YOUNG, LLP
Post Office Box 430189
Birmingham, Alabama  35243-0189
Telephone:	(205) 879-8722
Facsimile:	(205) 879-8831
Email:	ndm@ffmylaw.com
Email:	lam@ffmylaw.com

**CERTIFICATE OF SERVICE**

  This is to certify that on the 21st day of March, 2017, a copy of the foregoing document was served upon counsel for all parties to this proceeding by the following method:

|  |  |
|---|---|
| _____ | mailing the same by first-class United States mail, properly addressed and postage pre-paid |
| _____ | hand delivery |
| _____ | via facsimile |
| __X__ | E-mail |

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

              /s/ Neal D. Moore, III
              OF COUNSEL

{W0512241.1 }