# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN W. DANZER, | ) |
| Plaintiff, | ) |
| v. | ) 2:16-cv-1990-JEO |
| CACH, LLC, | ) |
| Defendant. | ) |

## ORDER OF STAY

In this action filed on December 13, 2016, Plaintiff Jonathan W. Danzer brings claims pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., against Defendant CACH, LLC.  (Doc. 1).  On March 21, 2017, Defendant filed a suggestion of bankruptcy, stating that, on March 19th, it filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York.  (Doc. 17).  The filing of the petition operates as an automatic stay of Plaintiff's claims against Defendant pursuant to 11 U.S.C. § 362.  Accordingly, the court orders that all proceedings in this action are hereby **STAYED**.  The parties are **ORDERED** to promptly advise the court if there is a discharge or the bankruptcy petition is dismissed.

**DONE**, this the 23rd day of March, 2017.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge