# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN W. DANZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-1990-JEO |
| ) | |
| CACH, LLC, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously with this Order, the motion to dismiss filed by Defendant CACH, LLC (Docs. 19, 20) is **GRANTED**. This action filed by Plaintiff Jonathan W. Danzer against Defendant CACH, LLC is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. The Clerk is **DIRECTED** to close the file.

**DONE**, this 2d day of April, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge